UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In Re:<br><br>DMCA SUBPOENA TO LEASEWEB, USA INC.,<br><br>Service Provider. | Case No.:<br><br>DECLARATION IN SUPPORT OF REQUEST FOR DMCA SUBPOENA TO LEASEWEB, USA INC. |

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO LEASEWEB, INC. - 1

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

I, ADAM SILVERMAN, hereby declare as follows:

1. I am a Director of AMA Multimedia LLC (formerly SSC Group LLC) (hereinafter, "AMA") and am authorized to act on its behalf. I have personal knowledge of the facts contained herein and, if called upon to do so, could and would testify competently thereto.

2. I submit this declaration in support of AMA's request for issuance of a Subpoena by the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) to LeaseWeb, USA Inc. ("Leaseweb"), relating to the posting of AMA's copyrighted material on the domains hlsmp4.com, o0-1.com, o0-3.com, o0-4.com, o0-5.com, webpages hosted by Leaseweb.

3. I have personal knowledge of the copyrights owned by AMA and the ongoing infringements of those copyrights that occur on the internet. I also have personal knowledge of the countless instances that AMA's copyrighted works have been posted without AMA authorization to hlsmp4.com, o0-1.com, o0-3.com, o0-4.com, o0-5.com.

4. On January 6, 2020, authorized agent for AMA Jason Tucker issued and served identical copyright infringement notifications on Leaseweb's DMCA Agent relating to posts on hlsmp4.com, o0-1.com, o0-3.com, o0-4.com, o0-5.com. Pursuant to Section 512(c)(3)(A), the notifications were properly signed by AMA's agent, identified the copyrighted material being infringed, set forth a listing of the 118 URLs containing posts of infringing material, confirmed that such use of AMA's copyrighted works was not authorized by AMA, and gave contact information such that the DMCA Agent could reach AMA's Agent with questions. A true and correct copy of the January 6, 2020 notification is attached as Exhibit A.

5. The purpose of the DMCA Subpoena is to obtain information sufficient to identify alleged infringers who, without authorization from AMA, posted material to the web pages hlsmp4.com, o0-1.com, o0-3.com, o0-4.com, o0-5.com, which infringed copyrights held by AMA. The information received as a result of the Subpoena will only be used by AMA to protect its rights under Title 17 of the United States Code.

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO LEASEWEB, INC. - 2

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 7th day of January 2020, at Miami, Florida.

_____
ADAM SILVERMAN

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO LEASEWEB, INC. - 3

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

# Exhibit A

## Copies of Notifications Issued Pursuant to 17 U.S.C. § 512(c)(3) to Registered DMCA Agent for Service Provider Leaseweb, USA Inc.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker <​███████████████> |
| **Sent:** | Monday, January 6, 2020 3:38 PM |
| **To:** | 'abuse@us.leaseweb.com' |
| **Subject:** | DMCA Notice for Copyright Infringement - AMA_tiny4k |

VIA EMAIL:

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA Multimedia LLC d/b/a SSC Group LLC
Attn: Jason Tucker
Address: ███████████████████████ Phoenix, AZ 85016 USA
Email: ███████████████████

Infringing material that I demand be disabled or removed in consideration of the above:

1. https://www1640.o0-4.com/token=ONnAn2eA4OKOXcJgVovj7Q/1578360934/2600:8800::/50/4/8c/9ed7d1666d21da30f4484b467d5278c4-480p.mp4
2. https://www1919.hlsmp4.com/token=9Y-6g6HZ_D0zy3q26m-6cA/1578101261/2600:8800::/30/2/f5/08efb06d4b18901bc623cb9b7d95bf52-480p.mp4
3. https://www457.o0-1.com/token=OlpMOihkEO9S0ez2BTe--w/1578101276/2600:8800::/50/4/8c/9ed7d1666d21da30f4484b467d5278c4-480p.mp4
4. https://www1302.o0-3.com/token=SCcNEP7rwLdJ0H-0kd8lbg/1578101294/2600:8800::/2/9/d6/ed040b61b863b094ae67809cbafaad69-480p.mp4
5. https://www1485.hlsmp4.com/token=0J_lXpH7JqQmgbW0Mvj1TQ/1578101304/2600:8800::/22/e/aa/f16ac8da52d09aad5cccccdbd05f2aae-480p.mp4
6. https://www1335.o0-3.com/token=3gHgoPxv19gIC6D4wPBpIg/1578101489/2600:8800::/49/e/2a/5ceefd6e5545eb1a34bdb388ed6082ae-480p.mp4

IP's:
1. 2606:9880:f000:3:1::2606
2. 2607:f5b4:1:45:7::2607
3. 2607:f5b4:1:4:8::2607
4. 2607:f5b4:1:10:10::2607

1

5. 2607:f5b4:1:41:4::2607
6. 2607:f5b4:1:21:2::2607

Location of ORIGINAL WORKS: www.Tiny4K.com

This correspondence and all of its contents is without prejudice to AMA Multimedia LLC, SSC Group LLC, or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/ Jason Tucker

Jason Tucker
Agent for AMA Multimedia, LLC and SSC Group, LLC


Jason Tucker

+
SKYPE:
Twitter: @

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker <​███████████████> |
| **Sent:** | Monday, January 6, 2020 3:37 PM |
| **To:** | 'abuse@us.leaseweb.com' |
| **Subject:** | DMCA Notice for Copyright Infringement - AMA_pornpros |

VIA EMAIL:

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA Multimedia LLC d/b/a SSC Group LLC
Attn: Jason Tucker
Address: ███████████████████  Phoenix, AZ 85016 USA
Email: ███████████████████

Infringing material that I demand be disabled or removed in consideration of the above:

https://www1915.hlsmp4.com/token=1Wl6GK78c4viBH8nW279gg/1578101509/2600:8800::/23/0/b1/5ff86832bdf4bd780fe2bbaf774c5b10-480p.mp4

IP: 2607:f5b4:1:76:3::2607


Location of ORIGINAL WORKS: www.pornpros.com

This correspondence and all of its contents is without prejudice to AMA Multimedia LLC, SSC Group LLC, or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/ Jason Tucker

Jason Tucker
Agent for AMA Multimedia, LLC and SSC Group, LLC

Jason Tucker

+
SKYPE:
Twitter: @

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker < ███ > |
| **Sent:** | Monday, January 6, 2020 3:38 PM |
| **To:** | 'abuse@us.leaseweb.com' |
| **Subject:** | DMCA Notice for Copyright Infringement - AMA_puremature |

VIA EMAIL:

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA Multimedia LLC d/b/a SSC Group LLC
Attn: Jason Tucker
Address: ███ Phoenix, AZ 85016 USA
Email: ███

Infringing material that I demand be disabled or removed in consideration of the above:

https://www1991.hlsmp4.com/token=ytxbOo7QEJIlNEcv2m7t7Q/1578101444/2600:8800::/31/5/a9/738466eb665979cae20cb687e260fa95-480p.mp4

IP: 2607:f5b4:1:77:9::2607

Location of ORIGINAL WORKS: www.PureMature.com

This correspondence and all of its contents is without prejudice to AMA Multimedia LLC, SSC Group LLC, or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/ Jason Tucker

Jason Tucker
Agent for AMA Multimedia, LLC and SSC Group, LLC

Jason Tucker
+
SKYPE:
Twitter: @

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker <​███​> |
| **Sent:** | Monday, January 6, 2020 3:37 PM |
| **To:** | 'abuse@us.leaseweb.com' |
| **Subject:** | DMCA Notice for Copyright Infringement - AMA_passion-hd |

VIA EMAIL:

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA Multimedia LLC d/b/a SSC Group LLC
Attn: Jason Tucker
Address: ███ Phoenix, AZ 85016 USA
Email: ███

Infringing material that I demand be disabled or removed in consideration of the above:
1. https://www1177.o0-3.com/token=oqoeXVfifALr_LK7H5M9YA/1578101414/2600:8800::/6/f/d5/7aa839aa03c89ceb95d2a9b1f1d71d5f-480p.mp4
2. https://www1188.o0-3.com/token=jaxh9DlPsCInGHtzQjUCrQ/1578101424/2600:8800::/57/e/05/273db6ebde6da964cb6ebd6722a8e05e-480p.mp4
3. https://www1237.o0-3.com/token=vG4KcGIvv_O1PmlwvHCsRA/1578101453/2600:8800::/22/9/46/fdca94d3633889432ece938a38eb9469-480p.mp4
4. https://www1115.o0-3.com/token=yf-n9gZ6T2KWcSvi_v2i9A/1578101471/2600:8800::/16/6/ff/8870ac54c3f822d00a5aab57da2e3ff6-480p.mp4
5. https://www1562.o0-4.com/token=XZ4LFvIFmrbupDXxfAV7iA/1578101285/2600:8800::/33/0/87/2df05c511d49bf00cfd68acc41220870-480p.mp4
6. https://www1378.o0-3.com/token=GdoED-tcwRhjM9-3063yPg/1578101394/2600:8800::/38/8/1d/3cab9f8e55b836f3374af7a9880a71d8-480p.mp4
7. https://www1392.o0-3.com/token=UTQHNH-PsB939JmNeVePeA/1578101404/2600:8800::/30/7/f3/158954f48c56d57f38ee7df063494f37-480p.mp4

IP's:
1. 2605:fe80:2100:a023:4::2605
2. 2605:fe80:2100:a016:2::2605
3. 2604:9a00:2010:a06c:2::2604
4. 2604:9a00:2100:a00b:5::2604
5. 2607:f5b4:1:20:7::2607
6. 2607:f5b4:1:36:2::2607
7. 2607:f5b4:1:17:3::2607

Location of ORIGINAL WORKS: www.passion-hd.com

This correspondence and all of its contents is without prejudice to AMA Multimedia LLC, SSC Group LLC, or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/ Jason Tucker

Jason Tucker
Agent for AMA Multimedia, LLC and SSC Group, LLC


Jason Tucker

+
SKYPE:
Twitter: @

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker <​​​​​​​​​​​​> |
| **Sent:** | Monday, January 6, 2020 3:35 PM |
| **To:** | 'abuse@us.leaseweb.com' |
| **Subject:** | DMCA Notice for Copyright Infringement - AMA_holed |

VIA EMAIL:

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA Multimedia LLC d/b/a SSC Group LLC
Attn: Jason Tucker
Address: Phoenix, AZ 85016 USA
Email:

Infringing material that I demand be disabled or removed in consideration of the above:

1. https://www1273.o0-3.com/token=gT2D9z1qCEhq_YTLhnENLw/1578101127/2600:8800::/13/a/d1/a24e5aced165f5ac8b52d008df7fbd1a-480p.mp4
2. https://www1134.o0-3.com/token=MaifIrW_7oXt_iiqMtUc2g/1578101347/2600:8800::/6/7/50/b7862bf6d6ff3915e94fdbf5555cc507-480p.mp4
3. https://www1436.o0-3.com/token=RUPpJnJjigaAaBMz5NQsnw/1578101053/2600:8800::/28/2/db/8b4932c2e74f5ba18bec8fb47fab2db2-480p.mp4
4. https://www1627.o0-4.com/token=Gp4l-ctSWJ8fnwvxlM_wMw/1578101098/2600:8800::/13/a/d1/a24e5aced165f5ac8b52d008df7fbd1a-480p.mp4
5. https://www1287.o0-3.com/token=rR7GrRYH66rkcfJMmnp3NQ/1578101163/2600:8800::/30/d/91/ce76a1d2ca36ea5bccd6ca95b8cac91d-480p.mp4
6. https://www448.o0-1.com/token=aS2oXHlvf0CPSN0bEO-ydg/1578101172/2600:8800::/42/d/46/958110f78d9d4e1154d8f4dab36fb46d-480p.mp4
7. https://www1757.hlsmp4.com/token=VEddex5lUH5Mh6tu_Y5ShQ/1578101182/2600:8800::/48/3/e2/a9beba1e2659ce5a6e78dbf0f6d34e23-480p.mp4

8. https://www1954.hlsmp4.com/token=IBqumYSwoa3Jh39OzF7fuA/1578101316/2600:8800::/57/2/df/34806e71eeaae8a56bbf0aee9ce3bdf2-480p.mp4
9. https://www1475.hlsmp4.com/token=I9qLmMsRAM6RpDq8t0IN7Q/1578101324/2600:8800::/2/b/b8/bef4727a6630c9d91c1a8269e5462b8b-480p.mp4
10. https://www2080.o0-5.com/token=P8epjsy_Z4QMYYu-6FKcFw/1578101374/2600:8800::/29/2/a5/f5aa5d965a047fd65a51ac167245ea52-480p.mp4
11. https://www1809.hlsmp4.com/token=Z85yvnCrGQnVVly8ndvM5Q/1578101499/2600:8800::/57/8/38/00b8199d7b7035a3202acee95cd1c388-480p.mp4

IP's:
1. 2604:9a00:2010:a075:17::2604
2. 2604:9a00:2010:a03c:5::2604
3. 2607:f5b4:1:12:10::2607
4. 2607:f5b4:1:49:13::2607
5. 2607:f5b4:1:2:5::2607
6. 2607:f5b4:1:48:7::2607
7. 2607:f5b4:1:14:19::2607
8. 2607:f5b4:1:71:10::2607
9. 2607:f5b4:1:40:4::2607
10. 2607:f5b4:1:80:30::2607
11. 2607:f5b4:1:39:9::2607

Location of ORIGINAL WORKS: www.holed.com

This correspondence and all of its contents is without prejudice to AMA Multimedia LLC, SSC Group LLC, or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/ Jason Tucker

Jason Tucker
Agent for AMA Multimedia, LLC and SSC Group, LLC

Jason Tucker

SKYPE:
Twitter: @

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker <​████████████████████> |
| **Sent:** | Monday, January 6, 2020 3:36 PM |
| **To:** | 'abuse@us.leaseweb.com' |
| **Subject:** | DMCA Notice for Copyright Infringement - AMA_lubed |

VIA EMAIL:

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA Multimedia LLC d/b/a SSC Group LLC
Attn: Jason Tucker
Address: ████████████████████ Phoenix, AZ 85016 USA
Email: ████████████████████

Infringing material that I demand be disabled or removed in consideration of the above:

1. https://www1310.o0-3.com/token=Zj4hT5CKQgpthXCAtWlKGA/1578101232/2600:8800::/26/1/55/8d8dda461c2bf740e2f216bcd9e29551-480p.mp4
2. https://www1163.o0-3.com/token=ADrTN2gQxjZpGr9ybJBXXg/1578101364/2600:8800::/32/0/e1/8479ff03f7e44915b25ad1af2943ae10-480p.mp4

IP's:
1. 2607:f5b4:1:13:3::2607
2. 2607:f5b2:1:a00e:4::2607

Location of ORIGINAL WORKS: www.lubed.com

This correspondence and all of its contents is without prejudice to AMA Multimedia LLC, SSC Group LLC, or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/ Jason Tucker

Jason Tucker
Agent for AMA Multimedia, LLC and SSC Group, LLC


Jason Tucker
+
SKYPE:
Twitter: @

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker <​█████████████████████> |
| **Sent:** | Monday, January 6, 2020 3:34 PM |
| **To:** | 'abuse@us.leaseweb.com' |
| **Subject:** | DMCA Notice for Copyright Infringement - AMA_Fantasy-hd |

VIA EMAIL:

**RE: DMCA Notice for Copyright Infringement**

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA Multimedia LLC d/b/a SSC Group LLC
Attn: Jason Tucker
Address: ██████████████████████ Phoenix, AZ 85016 USA
Email: ████████████████████

Infringing material that I demand be disabled or removed in consideration of the above:

Link: https://www1273.o0-3.com/token=H1MQM2S3jUmqiDpvjo9pFw/1578101356/2600:8800::/56/3/4e/e26a1ac2fe5bd83296e87f994ca1a4e3-480p.mp4

IP: 2604:9a00:2010:a075:17::2604

Host: LEASEWEB-USA-WDC-01

Location of ORIGINAL WORKS: www.Fantasy-HD.com

This correspondence and all of its contents is without prejudice to AMA Multimedia LLC, SSC Group LLC, or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/ Jason Tucker

Jason Tucker
Agent for AMA Multimedia, LLC and SSC Group, LLC

Jason Tucker
+███████████
SKYPE: ███████████
Twitter: @███████████

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.