| | |
|---|---|
| From: | Sierra Landholm |
| To: | WAWDdb_NewCasesTac |
| Subject: | 3:20-mc-05000 - Request for DMCA Subpoena to Leaseweb, USA Inc. |
| Date: | Tuesday, January 7, 2020 3:34:44 PM |
| Attachments: | Ltr to Ct Clerk re DMCA Subpoena Leaseweb.pdf |
| | Prop"d DMCA Leaseweb w Exs.pdf |
| | Dec ISO DMCA SDT to Leaseweb w Exs.pdf |

TO: Clerk of the United States District Court, Western District of Washington at Tacoma,

This office represents AMA Multimedia LLC ("AMA") in its request for issuance of a Subpoena to service provider, to Leaseweb, USA Inc. pursuant to U.S.C. § 512(h) ("DMCA Subpoena"). The DMCA Subpoena requests the identification of infringers of AMA's copyrighted material posted on the domains: "hlsmp4.com;" "o0-1.com;" "o0-3.com;" "o0-4.com;" and, "o0-5.com."

To this end, the following documents are attached pursuant to the statute's requirements to enable the Clerk to issue such Subpoena:

- Letter requesting the Clerk issuance of the DMCA Subpoena;
- Proposed DMCA Subpoena to Leaseweb, USA Inc.; and,
- Sworn Declaration of Adam Silverman in support of the DMCA Subpoena.

Copies of the notifications issued under 17 U.S.C. § 512(c)(3)(A) to the DMCA Agent for Leaseweb, USA Inc. are attached both to the Subpoena and Declaration. We believe the materials submitted herewith will enable you to issue the requested DMCA Subpoena.

We'll look forward to your call for the $47.00 filing fee once a miscellaneous case number has been assigned, and to subsequent the issuance of the DMCA Subpoena.

I will be out of the office tomorrow, January 8, 2020. Spencer Freeman (copied above) is also able to take payment.

Thank you in advance for your assistance in this matter.

*Cordially,*

*Sierra Landholm*

*Paralegal*

Freeman Law Firm, Inc.

1107 ½ Tacoma Avenue South

Tacoma, Washington 98402

253.383.4500

253.383.4501 (fax)

sierra@freemanlawfirm.org

CONFIDENTIALITY NOTICE: This e-mail message and any attachments may contain confidential information generated by the Freeman Law Firm, Inc. that is legally protected by the attorney-client, work product and/or other privileges. If you are not a designated or intended recipient on the email, please send a reply email or call 253-383-4500 to notify the sender of the error in transmission, and delete the message and any copies without reviewing or disclosing its contents.